IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| MONITRONICS INTERNATIONAL, INC., *et al.*, | ) ) ) | Case No. 23-90332 (CML) |
| Debtors.[1] | ) ) ) | (Joint Administration Requested) |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of (i) Cortland Capital Market Services, LLC, solely in its capacity as 2019 Takeback Facility Agent[2] under the 2019 Takeback Facility Credit Agreement, and (ii) Alter Domus (US) LLC, solely in its capacity as DIP Agent in the above-captioned chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the undersigned respectfully request that all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| Christopher M. Odell | Sarah Gryll |
| ARNOLD & PORTER KAYE SCHOLER LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 700 Louisiana Street, Suite 4000 | 70 West Madison Street, Suite 4200 |
| Houston, Texas 77002-2755 | Chicago, Illinois 60602-4231 |
| Telephone:  (713) 576-2400 | Telephone:  (312) 583-2300 |
| Facsimile:  (713) 576-2499 | Facsimile:  (312) 583-2360 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Monitronics International, Inc. (9343), Monitronics Corporation (2999); Security Networks, LLC (8893), MIBU Servicer, Inc. (5978), LiveWatch Security, LLC (3274), Platinum Security Solutions, Inc. (3850), Monitronics Canada, Inc. (9545), MI Servicer LP, LLC (N/A), Monitronics Security, LP (6524), and Monitronics Funding, LP (6754).  The location of the Debtors' corporate headquarters and the Debtors' service address is:  1990 Wittington Place, Farmers Branch, Texas 75234.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the proposed *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 21-1].

Email: christopher.odell@arnoldporter.com         sarah.gryll@arnoldporter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned Debtors, property of such Debtors, the 2019 Takeback Facility Agent, or the DIP Agent.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "***Notice***") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 15, 2023
Houston, Texas

Respectfully, submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Christopher M. Odell*
Christopher M. Odell
Texas State Bar No. 24037205
S.D. Texas No. 33677
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
Telephone:  (713) 576-2400
Facsimile:  (713) 576-2499
Email:  christopher.odell@arnoldporter.com

-and-

Sarah Gryll (*pro hac vice* pending)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone:  (312) 583-2300
Facsimile:  (312) 583-2360
Email:  sarah.gryll@arnoldporter.com

*Attorneys for Cortland Capital Market Services, LLC, as 2019 Takeback Facility Agent, and Alter Domus (US) LLC, as DIP Agent*

**CERTIFICATE OF SERVICE**

      I certify that on May 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/ Christopher M. Odell*
                                                     Christopher M. Odell