IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| MONITRONICS INTERNATIONAL, INC., *et al.*, | § § § | Case No. 23-90332 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

**NOTICE OF: (A) EFFECTIVE DATE AND (B) DEADLINE FOR PROFESSIONALS TO FILE FINAL FEE APPLICATIONS**

**TO CREDITORS, EQUITY INTEREST HOLDERS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on June 26, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") entered the *Order Approving Debtors' Disclosure Statement and Confirming Debtors' Joint Partial Prepackaged Plan of Reorganization* [Docket No. 186] (the "**Confirmation Order**"). Among other things, the Confirmation Order confirmed the *Joint Partial Prepackaged Plan of Reorganization of Monitronics International, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code*, dated May 9, 2023 (as amended, modified, or supplemented from time to time, the "**Plan**")[2] as satisfying the requirements of the Bankruptcy Code, thereby authorizing Monitronics International, Inc. and its debtor affiliates (collectively, the "**Debtors**") to implement the Plan on the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2023, the Effective Date under the Plan occurred.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order may be examined by any party in interest during normal business hours at the Clerk of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002. You may also obtain copies of the Confirmation Order or of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.txs.uscourts.gov or free of charge on the case

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Monitronics International, Inc. (9343), Monitronics Corporation (2999), Security Networks, LLC (8893), MIBU Servicer, Inc. (5978), LiveWatch Security, LLC (3274), Platinum Security Solutions, Inc. (3850), Monitronics Canada, Inc. (9545), MI Servicer LP, LLC (N/A), Monitronics Security, LP (6524), and Monitronics Funding, LP (6754). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1990 Wittington Place, Farmers Branch, Texas 75234.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

1

information website of the Debtors' claims, balloting, and noticing agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/monitronics.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Fee Claims, including Fee Claims incurred during the period from the Petition Date through the Effective Date, must be filed with the Bankruptcy Court and served on the Reorganized Debtors no later than August 14, 2023, which is the date that is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that if the Debtors' rejection of an Executory Contract or Unexpired Lease pursuant to the Plan gives rise to a Claim against the Debtors by the non-Debtor party or parties to such contract or lease, such Claims shall be forever barred and shall not be enforceable against the Debtors, their respective Estates, or the Reorganized Debtors unless a proof of Claim is filed with the Court and served upon the Debtors or the Reorganized Debtors, and their respective counsel, no later than July 26, 2023, which is the date that is thirty (30) days after the date of entry of the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim or Equity Interest, and such Holder's respective successors and assigns, whether or not the Claim or Equity Interest of such Holder is Impaired under the Plan and whether or not such Holder voted to accept the Plan.

Dated: June 30, 2023         BY ORDER OF THE COURT

Houston, Texas

       Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
       Ashley L. Harper (Texas Bar No. 24065272)
       Brandon Bell (Texas Bar No. 24127019)
       **HUNTON ANDREWS KURTH LLP**
       600 Travis Street, Suite 4200
       Houston, TX 77002
       Tel:    713-220-4200
       Email:  TadDavidson@HuntonAK.com
                 AshleyHarper@HuntonAK.com
                 Bbell@HuntonAK.com

       -and-

       David A. Hammerman (admitted *pro hac vice*)
       Annemarie V. Reilly (admitted *pro hac vice*)
       Christopher Beaucage (admitted *pro hac vice*)
       **LATHAM & WATKINS LLP**
       1271 Avenue of the Americas
       New York, New York 10020
       Tel:    212-906-1200
       Email:  david.hammerman@lw.com
                 annemarie.reilly@lw.com
                 chris.beaucage@lw.com

       -and-

       Helena Tseregounis (admitted *pro hac vice*)
       Deniz A. Irgi (admitted *pro hac vice*)
       **LATHAM & WATKINS LLP**
       355 South Grand Avenue, Suite 100
       Los Angeles, CA 90071-1560
       Tel:    213-485-1234
       Email:  helena.tseregounis@lw.com
                 deniz.irgi@lw.com

       *Counsel for the Debtors and Debtors in Possession*